U.S. Bankruptcy Court
District of Idaho
Filed: October 5, 2004
at 2:00 p.m.
By: JC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

IN RE                                    )
                                         )
GARY RISNER and                          )    Case No. 04-02310
MARIA RISNER,                            )
                                         )
                    Debtors.             )    MEMORANDUM OF DECISION
                                         )
_____          )

## BACKGROUND

Chapter 7 debtors Gary and Maria Risner ("Debtors") filed a voluntary petition for chapter 7 relief on June 29, 2004. Doc. No. 1.[1] The chapter 7 trustee filed a "no asset" report in this case. Doc. No. 6. The time for objecting to discharge or dischargeability expired on September 28 without a complaint being filed, and Debtors' discharge was entered on October 4, 2004. Doc. No. 23.

Debtors have filed several motions asserting that their creditors and/or their creditor's collection agents violated the automatic stay of § 362(a). They seek to recover damages, attorneys' fees and costs, and (in some cases) punitive damages. The targeted creditors are:

---

[1] The Court takes judicial notice of its files and records. Fed. R. Evid. 201.

MEMORANDUM OF DECISION - 1

AO 72A
(Rev. 8/82)

(1) Saltzer Medical Group, P.A. (hereafter "Saltzer"); *see* Doc. Nos. 7 (motion), 19 (amended motion).

(2) Transworld Systems, Inc. ("TSI"); *see* Doc. No. 10.

(3) Nampa Radiologists, P.A. ("NR"); *see* Doc. No. 13.

(4) Shell Oil Co. ("Shell"); *see* Doc. No. 16.

A hearing was scheduled on these motions for October 4, 2004. Prior thereto, Debtors vacated the hearing as to Shell. Doc. No. 22.

Saltzer and TSI appeared at the October 4 hearing through counsel. For the reasons stated on the record, the hearing on the motions regarding these two entities was continued.

NR did not appear. The motion under § 362(h) against NR was taken under advisement based on the record. The record on this motion consists of (a) the Court's files, (b) Exhibit 3, and (c) the testimony of Maria Risner.

The Court determines that this motion shall be denied, without prejudice to renewal.

**FACTS**

The following facts are set forth for context. Inasmuch as the motion will be denied without prejudice, no findings of facts on the merits of the motion are made at this time.

As noted, Debtors' bankruptcy filing occurred on June 29, 2004. Doc. No. 1. Debtors' listed creditor "Nampa Radiologists, P.A." at an address of "P.O. Box.

MEMORANDUM OF DECISION - 2

AO 72A
(Rev. 8/82)

9649, Boise, ID, 83707." *Id.* at schedule F.

Debtors contend that this creditor received notice of the filing, and they rely on the service of the notice of bankruptcy by the Bankruptcy Noticing Center ("BNC"). *See* Docket (at entry dated 7/12/04).[2] The BNC certificate of service reflects first class mail service on this creditor on July 2, 2004, using an address of "P.O. Box. 9649, Boise, ID 83707-4649". *Id.*[3]

NR sent Debtors a billing statement dated 9/1/01 seeking payment on a $100.00 obligation for services rendered on 5/25/04. *See* Ex. 3. Mrs. Risner sent a copy of this bill to her counsel by facsimile.

Mrs. Risner testified that an earlier bill had also been received from Nampa Radiologists. She said this occurred after the bankruptcy petition date, but prior to the receipt of Exhibit 3.

Debtors claim that, as a consequence of NR's willful violation of stay, they suffered actual injuries of (a) $350.00 in lost wages, calculated at $25 per hour for each Debtor, for their 3.5 hour trip to and visit with their attorney and 3.5 hour

---

[2] BNC certificates of service are placed in the Court's file without assigning them a "docket number" and, at present, without "imaging" those certificates on the docket that can be accessed over the Internet. A copy of the BNC certificate in this case is attached hereto for reference.

[3] In this case, the BNC notice indicates that NR was served at the post office box number (9649) Debtors listed on their schedules. However, BNC changed the zip code from "83707" (which Debtors' schedules used) to "83707-9649". *See* BNC certificate attached (indicating that addresses such as that shown for NR marked "+" were "corrected" by inserting a correct or complete zip code). The 4649 extension added by BNC appears to be correct as NR's billing statement also uses that extension in their "Remit to" address. *See* Ex.3.

MEMORANDUM OF DECISION - 3

appearance at the hearing on October 4; (b) $8.00 for gas on these trips; and (c) attorneys fees in the amount of $300.00.

Debtors also claim this is an appropriate case to award punitive damages, arguing that by sending two post-bankruptcy billings statements, NR evidences a "reckless or callous disregard" for the automatic stay and the bankruptcy process. Doc. No. 13 at 3.

## DISCUSSION AND DISPOSITION

### A. Stay violations and consequences

Debtors' motion is prosecuted under § 362(h), which provides:

> (h)   An individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages.

The function and operation of the stay, and the policies it represents and advances, were discussed at length in the case of *In re Andrus*, Case No. 04-00061, Doc. No. 71 (Bankr. D. Idaho Sept. 23, 2004) (Mem. Decision). That decision can be easily accessed at the Court's Internet website. The discussion of § 362(a) and § 362(h) in *Andrus* is incorporated for the purpose of the instant Decision without reiteration.

In short, once a creditor or actor learns or is put on notice of a bankruptcy filing, any actions intentionally taken thereafter are "willful" within the contemplation of § 362(h). *Id.* at 16-17 (discussing *Eskanos & Adler, P.C. v. Leetien*, 309 F.3d 1210 (9th Cir. 2002); *In re Jacobson*, 03.2 I.B.C.R. 119 (Bankr D.

MEMORANDUM OF DECISION - 4

AO 72A
(Rev. 8/82)

Idaho 2003); and other cases). If a willful violation is established, the Court must determine on the evidence what "actual damages" were suffered. *Id.* at 17-18.

If NR received effective notice of the bankruptcy, their two post-bankruptcy billings to Debtors would appear to be a *prima facie* willful violation. The Court could then evaluate the quality of proof as to the actual damages alleged, including the reasonableness of the attorneys' fees sought. *Id.* at 17-18, 30-31; *see also In re McCain*, Case No. 03-04624, Doc. No. 42 at 7-8 (Bankr. D. Idaho Aug. 19, 2004) (Mem. Decision); *In re McCain*, Case No. 03-04624, Doc. No. 49 at 3 (Bankr. D. Idaho Sept. 2, 2004) (Sum. Order); *In re McCain*, Case No. 03-04624, Doc. No. 54 at 3-4 (Bankr. D. Idaho Sept. 27, 2004) (Sum. Order).[4]

However, the Court cannot reach the merits of § 362(h) or the damage claims at this time. There is a fundamental problem with service of the § 362(h) motion.

### B. Service of the § 362(h) motion

Seeking relief under § 362(h) is a matter of motion practice. *Cf.* Fed. R. Bankr. P. 7001 (addressing when an adversary proceeding is required). Such a motion initiates a "contested matter." *See* Fed. R. Bankr. P. 9013, 9014. Under Rule 9014(b), the motion must be served in the manner provided in Fed. R. Bankr. P. 7004.

---

[4] Debtors seek, as noted, punitive damages from NR. Such damages can be recovered under § 362(h) "in appropriate circumstances." The Court has not been provided, as yet, with persuasive reason to award punitive damages. *Compare McCain*, Doc. No. 42 at 8 *and McCain*, Doc. No. 54 at 3, *with Andrus*, Doc. No. 71 at 32-37.

MEMORANDUM OF DECISION - 5

According to Debtors' schedules and the notations on Exhibit 3, Nampa Radiologists is a "P.A." This is an abbreviation for "professional association." Rule 7004(b)(3) requires that service on "a domestic or foreign corporation or upon a partnership or other unincorporated association [be effected] by mailing a copy [here, of the motion] to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant."

This Court has refused to authorize relief by default (*i.e.*, when the party has failed to object or appear at hearing) if the underlying motion or objection was not properly served under Rules 9014 and 7004. *See, e.g., In re Chamberlin*, 04.1 I.B.C.R. 31, 33 (Bankr. D. Idaho 2004); *In re Millspaugh*, 302 B.R. 90, 101-02, 04.1 I.B.C.R. 25, 29-30 (Bankr. D. Idaho 2003); *In re Lancaster*, 03.1 I.B.C.R. 31, 32, 2003 WL 109205 (Bankr. D. Idaho 2003); *In re Egan*, 02.4 I.B.C.R. 177, 178 (Bankr. D. Idaho 2002).

Here, the service of the motion on NR, *see* Doc. No. 13 at 3, does not satisfy the requirements of Rule 7004(b)(3). *See Egan*, 02.4 I.B.C.R. at 178 (objection "addressed to Creditor's general attention at a post office box [and] not directed to any particular individual, and . . . certainly not addressed to any officer, manager or agent" is insufficient under Rule 7004(b)(3)). The motion must therefore be denied. The Court determines that such denial will be without

MEMORANDUM OF DECISION - 6

prejudice to renewal.

## CONCLUSION

Debtors' motion was not properly served on Nampa Radiologists, and it will therefore be denied without prejudice. The Court will enter a separate order.

Dated this 5th day of October, 2004.

*[signature]*

TERRY L. MYERS
CHIEF U.S. BANKRUPTCY JUDGE

MEMORANDUM OF DECISION - 7

AO 72A
(Rev. 8/82)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I served by the method indicated below, a true copy of the document to which this certificate is attached, to the following named person(s) at the following address(es), on the date shown below:

DATED: October 5, 2004

Case No. 04-02310 (Gary Risner)

Office of the U.S. Trustee
MK Central Plaza
720 Park Blvd., Suite 220
Boise, ID 83712
jeff.g.howe@usdoj.gov
gary.mcclendon@usdoj.gov
    ☐ U.S. Mail    ☐ Facsimile    ✓ Email

Kelly I. Beeman
Attorney at Law
7101/2 W. Franklin, Suite 201
Boise, ID 83702
assurance@beemangroup.org
    ☐ U.S. Mail    ☐ Facsimile    ✓ Email

Gary R. Risner
Maria I. Risner
P.O. Box 1124
Meridian, ID 83642
    ✓ U.S. Mail    ☐ Facsimile    ☐ Email

Nampa Radiologists, P.A.
1755 Westgate Drive, Suite 200
P.O. Box 9649
Boise, ID 83707
    ✓ U.S. Mail    ☐ Facsimile    ☐ Email

Brian K. Julian
ANDERSON JULIAN
P.O. Box 7426
Boise, ID 83707-7426
    ✓ U.S. Mail    ☐ Facsimile    ☐ Email

MEMORANDUM OF DECISION - 8

Stephen W. Beane
Attorney at Law
P.O. Box 2694
Boise, ID 83701-2694
✓ U.S. Mail          ☐ Facsimile          ☐ Email

Richard E. Crawforth
P.O. Box 190129
Boise, ID 83709
rcrawforth@cableone.net
☐ U.S. Mail          ☐ Facsimile          ✓ Email


JoAnn B. Canderan
Judicial Assistant to Judge Myers

Note to Email service: A PDF version of the above decision/order was electronically transmitted to the parties indicated above. Email service is provided as a courtesy only upon request of a party. To review an electronic image of the original of this document, or to subscribe for email service of future decisions/orders from the Bankruptcy Judge, please access the Court's Internet web site, www.id.uscourts.gov.

MEMORANDUM OF DECISION - 9

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0976 1            User: zacharys               Page 1 of 2              Date Rcvd: Jul 02, 2004
Case: 04-02310                  Form ID: B9A                 Total Served: 105

The following entities were served by first class mail on Jul 04, 2004.
db         +Gary R Risner,    POB 1124,    Meridian, ID 83680-1124
jdb        +Maria I Risner,    POB 1124,    Meridian, ID 83680-1124
aty        +Kelly I Beeman,    710 1/2 W Franklin # 201,    Boise, ID 83702-5527
tr         +Richard E Crawforth,    410 S Orchard St #172,    Boise, ID 83705-1293
ust        +United States Trustee,    304 N 8th St Rm 347,    Boise, ID 83702-5835
2413305    +Action Collection,    11 13th Ave. South, Ste. B,    Nampa, ID 83651-3935
2413304    +Action Collection,    PO Box 1337,    Nampa, ID 83653-1337
2413303    +Action Collection,    1325 S. Vista Ave.,    Boise, ID 83705-2533
2413302    +Action Collection,    1325 S. Vista Ave., P.O. Box 5425,    Boise, ID 83705-0425
2413402    +Ada County Treasurer,    POB 2868,    Boise, ID 83701-2868
2413306    +American Mint,    P.O. Box 10,    Michanicsburg, PA 17055-0010
2413307    +Anesthesiology Const.,    P.O. Box 1517,    Nampa, ID 83653-1517
2413308    +Anesthesiology Consultants,    P.O. Box 1517,    Nampa, ID 83653-1517
2413309    +Anesthesiology Cosultants,    P.O. Box 1517,    Nampa, ID 83653-1517
2413310    +Annesthesia Assoc.,    111 W. State,    Boise, ID 83702-6127
2413311    +Asset Acceptance LLC,    P.O. Box 2036,    Warren, MI 48090-2036
2413312    +Boise Pathology Group,    P.O. Box 9589,    Boise, ID 83707-4589
2413313     Boise Radiology Group PA,    P.O. Box 44630,    Boise, ID 83711-0630
2413315    +Boise Surgical Group,    999 N. Curtis Rd., Ste. 310,    Boise, ID 83706-1333
2413316    +Bon Macys,    1345 S. 52nd St.,    Tempe, AZ 85281-6970
2413317    +Bonneville Billing,    1186 E. 4600 S., Ste 100,    Ogden, UT 84403-4896
2413318    +Bonneville Billing,    1186 E 4600 St., Ste. 100,    Ogen, UT 84403-4896
2413319    +Cameron Phillips, P.A.,    Attorney at Law,    924 Sherman Ave.,    Coeur d'Alene, ID 83814-4151
2413323     Capitol One Bank,    P.O. Box 85064,    Glen Allen, VA 23058
2413324     Capitol One FSB,    P.O. Box 85064,    Glen Allen, VA 23058
2413326     Chase Manhatten Bank,    P.O. Box 52195,    Phoenix, AZ 85072-2195
2413327     Chase Master Card,    P.O. Box 52195,    Phoenix, AZ 85072-2195
2413329    +Chase NA,    100 Duffy Ave.,    Hicksville, NY 11801-3699
2413328    +Chase NA,    4915 Independance Park City,    Tampa, FL 33634-7518
2413330    +Collection Attorney,    2675 Breckenridge Blvd.,    Duluth, GA 30096-4971
2413331     Collection Bureau, Inc.,    P.O. Box 1219,    Nampa, ID 83653-1219
2413332    +Columbia West Valley Medical,    1717 Arlington Ave.,    Caldwell, ID 83605-4800
2413335     Credit Data Idaho, Inc.,    P.O. Box 4068,    Boise, ID 83711-4068
2413333    +Credit Data Idaho, Inc.,    1451 Hartman St.,    Boise, ID 83704-8849
2413334    +Credit Data Idaho, Inc.,    1452 Hartman St.,    Boise, ID 83704-8848
2413336    +Diagnostic Pathology Service,    P.O. Box 9589,    Boise, ID 83707-4589
2413337    +Dr. George Lyo,    2675 Breckenridge Blvd.,    Duluth, GA 30096-4971
2413338    +First Premier Bank,    900 W. Delaware,    Sioux Falls, SD 57104-0347
2413339    +First USA,    Office Services,    2675 Breckenridge Blvd.,    Duluth, GA 30096-4971
2413341    +First USA Bk,    900 N. Market St.,    Wilmington, DE 19801-3026
2413342     Gem St. Annest. Services,    P.O. Box 7965,    Boise, ID 83707-1965
2413343     Gem State Anethesia,    P.O. Box 7965,    Boise, ID 83707-1965
2413344    +Gem State Anethesia,    P.O. Box 8359,    Boise, ID 83707-2359
2413345    +Gem State Radiology,    P.O. Box 9649,    Boise, ID 83707-4649
2413347    +HFC,    P.O. Box 8633,    Elmhurst, IL 60126-8633
2413346    +HFC,    P.O. Box 60101,    City of Industry,    CA 91716-0101
2413348    +HHLD Bank,    1441 Schilling Pl.,    Salinas, CA 93901-4543
2413349    +HHLD Bank,    841 Seahawk Circle,    Virginia Beach, VA 23452-7809
2413350    +Home Depot,    2960 N.W. 14th St.,    P.O. Box 1220,    Miami, FL 33125-2010
2413353    +Household Bank,    Bankcard Service,    P.O. Box 19360,    Portland, OR 97280-0360
2413352     Household Bank,    Bankcard Service,    P.O. Box 7017,    Anaheim, CA 92850-7017
2413354    +Household Finance,    2101 W. Ben White Blvd.,    Austin, TX 78704-7516
2413357    +IDX Pathology,    P.O. Box 9589,    Boise, ID 83707-4589
2413355    +Idaho Pathology Assn.,    1755 Westgate Dr., Ste. 200,    P.O. Box 9589,    Boise, ID 83707-4589
2413356     Idaho Pathology Assoc.,    P.O. Box 7965,    Boise, ID 83707-1965
2413403    +Idaho State Tax Commission,    Bankruptcy Division,    POB 36,    Boise, ID 83722-0036
2413358    +Intermountain Medical Imagin,    P.O. Box 9649,    Boise, ID 83707-4649
2413359    +Kofoed Law Office,    P.O. Box 2871,    Boise, ID 83701-2871
2413360    +Law Offices of Smith Assoc,    William Smith,    P.O. Box 941878,    Atlanta, GA 31141-0878
2413361     M T Bankcard,    Bankcard Service,    P.O. Box 15137,    Wilimington, DE 19886-5137
2413362    +MBNA America,    PO Box 15021,    Wilmington, DE 19850-5021
2413364     MCI World Com,    P.O. Box 52252,    Phoenix, AZ 85072-2252
2413372    +MRI Center of Idaho,    P.O. Box 9589,    Boise, ID 83707-4589
2413363     McCall Memorial Hospital,    1000 State St.,    McCall, ID 83638-3704
2413365    +Medical Center PA,    1512 12th Ave. Rd.,    Nampa, ID 83686-6008
2413367    +Medical Center Phy,    Service Center,    P.O. Box 8106,    Boise, ID 83707-2106
2413366    +Medical Center Phy,    215 E. Hawaii Ave.,    Nampa, ID 83686-6099
2413370     Mercy Medical Center,    P.O. Box 34936,    Seattle, WA 98124-1936
2413368    +Mercy Medical Center,    401 E. Hawaii,    Nampa, ID 83686-6014
2413369    +Mercy Medical Center,    1512 12th Ave. Rd.,    Nampa, ID 83686-6008
2413371     Midland Credit Mgnt.,    P.O. Box 52195,    Phoenix, AZ 85072-2195
2413374    +NCO Financial Systems,    Citi Bank,    726 Exchange St., Ste 700,    Buffalo, NY 14210-1484
2413373    +Nampa Radiologists, P.A.,    P.O. Box 9649,    Boise, ID 83707-4649
2413375    +Nes Idaho,    P.O. Box 98504,    Las Vegas, NV 89193-8504
2413376    +New Century Mortgage Corp.,    P.O. Box 54285,    Irvine, CA 92619-4285
2413377    +Norco Med Supplies,    P.O. Box 15299,    Boise, ID 83715-5299
2413378    +Peter Shearer,    Attorney at Law,    1325 Vista Ave.,    Boise, ID 83705-2533
2413379     Primary Health,    P.O. Box 191050,    Boise, ID 83719-1050
2413380     ProBill,    P.O. Box 2078,    Huntington, WV 25720-2078
2413381     Que Financial,    P.O. Box 54,    Boise, ID 83707-0054
2413382    +Richard Thomas, M.D.,    1200 Garrity Blvd.,    Nampa, ID 83687-3402
2413383    +Risk Management Alternatives,    P.O. Box 105044,    Atlanta, GA 30348-5044
2413384    +Risk Management Alternatives,    9180 West Barnes Dr.,    Boise, ID 83709-1552
```

```
District/off: 0976-1        User: zacharys              Page 2 of 2            Date Rcvd: Jul 02, 2004
Case: 04-02310              Form ID: B9A                Total Served: 105

2413386      Robert Cuhn M.D. 520,   S. Eagle Rd.,   Meridian, ID 83642
2413387     +Saltzer Med Group P.A.,   215 E. Hawaii Ave.,   Nampa, ID 83686-6099
2413388      Southwest Idaho Ent 900,   N. Liberty, Ste 400,   Boise, ID 83704-8705
2413391     +St. Alphonsus,   2675 Breckenridge,   Duluth, GA 30096-4971
2413392     +St. Alphonsus,   2675 Breckenridge Blvd.,   Duluth, GA 30096-4971
2413390      St. Alphonsus,   P.O. Box 18,   Boise, ID 83707-0018
2413389      St. Alphonsus 1055,   N. Curtis Road,   Boise, ID 83706
2413395     +St. Luke's,   PO Box 2777,   Boise, ID 83701-2777
2413394      St. Lukes Reg. Med Center,   P.O. Box 2777,   Boise, ID 83701-2777
2413393     +St. Lukes Reg. Med Center,   190 E. Bannock,   Boise, ID 83712-6241
2413396     +Terry Reilly Clinic,   P.O. Box 9,   Nampa, ID 83653-0009
2413397     +Terry ReillyClinic,   P.O. Box 9,   Nampa, ID 83653-0009
2413399     +Wells Fargo Bank,   P.O. Box 10347,   Des Moines, IA 50306-0347
2413398     +Wells Fargo Bank,   P.O. Box 3696,   Portland, OR 97208-3696
2413401     +Wilson McColl,   420 W. Washington,   P.O. Box   1544,   Boise, ID 83701-1544

The following entities were served by electronic transmission on Jul 03, 2004 and receipt of the transmission
was confirmed on:
2413320     +EDI: CAPITALONE.COM Jul 03 2004 00:44:00      Capital One Bank,   P.O. Box 85520,
              Richmond, VA 23285-5520
2413322      EDI: CAPITALONE.COM Jul 03 2004 00:44:00      Capitol One Bank,   P.O. Box 6000,
              Seattle, WA 98190-6000
2413321     +EDI: CAPITALONE.COM Jul 03 2004 00:44:00      Capitol One Bank,   P.O. Box 85520,
              Richmond, VA 23285-5520
2413325      EDI: CAPITALONE.COM Jul 03 2004 00:44:00      Capitol One FSB,   P.O. Box 85184,
              Richmond, VA 23285-5184
2413340      EDI: FIRSTUSA.COM Jul 03 2004 00:44:00      First USA Bank,   Bank One,   P.O. Box 50882,
              Henderson, NV 89016-0882
2413347     +EDI: HFC.COM Jul 03 2004 00:44:00      HFC,   P.O. Box 8633,   Elmhurst, IL 60126-8633
2413346     +EDI: HFC.COM Jul 03 2004 00:44:00      HFC,   P.O. Box 60101,   City of Industry,   CA 91716-0101
2413348     +EDI: HFC.COM Jul 03 2004 00:44:00      HHLD Bank,   1441 Schilling Pl.,   Salinas, CA 93901-4543
2413349     +EDI: HFC.COM Jul 03 2004 00:44:00      HHLD Bank,   841 Seahawk Circle,
              Virginia Beach, VA 23452-7809
2413351      EDI: TSYS.COM Jul 03 2004 00:44:00      Home Depot,   P.O. Box 105980,   Dept. 51,
              Atlanta , GA 30353-5980
2413353     +EDI: HFC.COM Jul 03 2004 00:44:00      Household Bank,   Bankcard Service,   P.O. Box 19360,
              Portland, OR 97280-0360
2413352      EDI: HFC.COM Jul 03 2004 00:44:00      Household Bank,   Bankcard Service,   P.O. Box 7017,
              Anaheim, CA 92850-7017
2413400     +EDI: WTRWFNNB.COM Jul 03 2004 00:44:00      WFNNB/Samuels,   P.O. Box 29168,
              Shawnee Mission, KS 66201-9168
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2413314*    +Boise Radiology Group PA,   P.O. Box 44630,   Boise, ID 83711-0630
2413385*    +Risk Management Alternatives,   9180 West Barnes Dr.,   Boise, ID 83709-1552
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2004                    Signature:  _Joseph Speetjens_